IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTONIEL GRACIANO-ESCALANTE,

     Plaintiff,             No. 2:12-cv-385 KJM GGH

  v.

JANET NAPOLITANO et al.,

     Defendants.       ORDER
_____/

        On February 23, 2012, this matter was referred to the undersigned for purposes of pretrial scheduling with a pre-trial scheduling conference set for July 12, 2012. (Dkt. No. 5.) On July 2, 2012, the parties filed a joint scheduling report, which characterized the action as a challenge by plaintiff under the Administrative Procedure Act ("APA") to the denial of his application for adjustment of status pursuant to the Immigration and Nationality Act ("INA") § 245(i), 8 U.S.C. § 1255(i). (Dkt. No. 8.) The parties represented that judicial review would be limited to the administrative record, and that therefore, the case would be appropriate for resolution by cross-motions for summary judgment and should not be set for trial. (Id.) The parties also stipulated to a briefing schedule. (Id.)

        Subsequently, on July 10, 2012, the parties filed a further stipulation to vacate the

1

pre-trial scheduling conference based on their agreement to proceed on cross-motions for summary judgment. (Dkt. No. 10.) The parties are advised that pre-trial scheduling conferences referred to the undersigned are not ordinarily vacated due to Judge Mueller's strong preference to have the parties personally appear to discuss the case and its scheduling. Nevertheless, in light of the unique nature of this case, which the parties represent involves solely a challenge under the APA in which judicial review will be limited to the administrative transcript, the court finds it appropriate to vacate the scheduling conference. A scheduling order containing briefing and other appropriate deadlines will issue separately.

      For the foregoing reasons, IT IS HEREBY ORDERED that the July 12, 2012 status (pre-trial scheduling) conference before the undersigned is VACATED. A scheduling order will issue separately.

DATED: July 11, 2012

          /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE