IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTONIEL GRACIANO-ESCALANTE,

     Plaintiff,                No. 2:12-cv-385 KJM GGH

  v.

JANET NAPOLITANO et al.,

     Defendants.         <u>ORDER</u>

         On February 23, 2012, this matter was referred to the undersigned for purposes of pretrial scheduling with a pre-trial scheduling conference set for July 12, 2012. (Dkt. No. 5.) On July 2, 2012, the parties filed a joint scheduling report, which characterized the action as a challenge by plaintiff under the Administrative Procedure Act ("APA") to the denial of his application for adjustment of status pursuant to the Immigration and Nationality Act ("INA") § 245(i), 8 U.S.C. § 1255(i). (Dkt. No. 8.) The parties represented that judicial review would be limited to the administrative record, and that therefore, the case would be appropriate for resolution by cross-motions for summary judgment and should not be set for trial. (<u>Id</u>.) The parties also stipulated to a briefing schedule. (<u>Id</u>.)

         Subsequently, on July 10, 2012, the parties filed a further stipulation to vacate the

1

1  pre-trial scheduling conference based on their agreement to proceed on cross-motions for
2  summary judgment. (Dkt. No. 10.) The parties are advised that pre-trial scheduling conferences
3  referred to the undersigned are not ordinarily vacated due to Judge Mueller's strong preference to
4  have the parties personally appear to discuss the case and its scheduling. Nevertheless, in light of
5  the unique nature of this case, which the parties represent involves solely a challenge under the
6  APA in which judicial review will be limited to the administrative transcript, the court finds it
7  appropriate to vacate the scheduling conference. A scheduling order containing briefing and
8  other appropriate deadlines will issue separately.
9         For the foregoing reasons, IT IS HEREBY ORDERED that the July 12, 2012
10 status (pre-trial scheduling) conference before the undersigned is VACATED. A scheduling
11 order will issue separately.
12 DATED: July 11, 2012

                                          /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE